**SAO**
KEVIN P. KING, ESQ.
Nevada Bar No. 7405
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
P: 702/479-4350
F: 702/270-4602
kking13@travelers.com

Attorney for Defendants,
**MATTHEW BERBERICH** and
**J.D. STEEL CO., INC.**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANE BROWN, individually; DEVI BROWN, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> MATTHEW BERBERICH, individually; J.D. STEEL CO., INC., a Foreign Corporation; DOES1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, <br><br> Defendants. | Case No. 2:24-cv-02179-CDS-CJA <br><br><br> **STIPULATION AND ORDER TO CONTINUE DISCOVERY DATES AND DEADLINES**  (*First Request*) |

### STIPULATION AND ORDER TO CONTINUE DISCOVERY DATES AND DEADLINES (FIRST REQUEST)

Plaintiffs, SHANE BROWN and DEVI BROWN, appearing by and through their attorney of record, DAVID MENOCAL, ESQ., of MENOCAL LAW GROUP, and Defendants, MATTHEW BERBERICH and J.D. STEEL COMPANY, INC., appearing by and through their attorney of record, KEVIN P. KING, ESQ., of RAY LEGO & ASSOCIATES, and submit the following agreements and stipulations for this Honorable Court's consideration as follows:.

**Discovery Completed**:

1. The parties have exchanged initial documents and witness lists;

1

2. The parties have exchanged and responded to written discovery, including Interrogatories and Requests for Production of Documents and Things.

3. Plaintiffs have taken the deposition of Matthew Berberich.

4. Defendants have taken the depositions of Shane Brown and Devi Brown.

**Discovery that Remains to be Completed**:

1. depositions of remaining parties;
2. depositions of treating providers;
3. depositions of experts; and
4. Additional discovery as needed.

**Reasons that Discovery has not yet been Completed:**

The parties would like an opportunity to explore the possibility of informal resolution through settlement discussions before having to incur the significant costs associated with the remaining discovery to be completed.

**Current Schedule for Completing Discovery:**

| | |
|---|---|
| Motion to Amend or Add Parties Deadline: | April 3, 2025 |
| Initial Expert Disclosure: | May 5, 2025 |
| Rebuttal Expert Disclosure: | June 2, 2025 |
| Close of Discovery: | July 22, 2025 |
| Dispositive Motion Deadline: | August 1, 2025[1] |
| Pre-Trial Order: | September 1, 2025[2] |

---

[1] If the close of discovery is extended, the dispositive motion deadline shall be extended so it will not be later than thirty (30) days after any subsequent close of discovery date.

[2] If dispositive motions have been filed, the date for filing the Joint Pre-Trial Order shall be suspended until thirty (30) days after entry of an Order deciding such motions, or until further Order of the Court. If the close of

2

**Proposed Schedule for Completing Discovery:**

| | |
|---|---|
| Motion to Amend or Add Parties Deadline: | April 3, 2025 |
| Initial Expert Disclosure: | May 5, 2025 |
| Rebuttal Expert Disclosure: | June 2, 2025 |
| Close of Discovery: | September 22, 2025 |
| Dispositive Motion Deadline: | October 22, 2025[3] |
| Pre-Trial Order: | November 24, 2025[4] |

**Current Trial Date:**

The trial in this matter has not yet been scheduled.

**IT IS SO STIPULATED.**

Dated this 26th day of June, 2025                                    Dated this 26th day of June, 2025

**RAY LEGO & ASSOCIATES**                                    **MENOCAL LAW GROUP**


By: /s/ Kevin King                                                      By: /s/ David Menocal
KEVIN KING, ESQ.                                                  DAVID MENOCAL, ESQ.
Nevada Bar No. 7405                                               Nevada Bar No. 13191
7450 Arroyo Crossing Parkway                              1980 Festival Plaza Drive
Suite 250                                                                   Suite 300
Las Vegas, Nevada 89113                                        Las Vegas, Nevada 89135
Attorney for Defendants                                          Attorney for Plaintiffs

---

discovery date is extended, the date for filing the Joint Pre-Trial Order shall be extended in accordance with the time periods set forth in this paragraph.

[3] If the close of discovery is extended, the dispositive motion deadline shall be extended so it will not be later than thirty (30) days after any subsequent close of discovery date.

[4] If dispositive motions have been filed, the date for filing the Joint Pre-Trial Order shall be suspended until thirty (30) days after entry of an Order deciding such motions, or until further Order of the Court. If the close of discovery date is extended, the date for filing the Joint Pre-Trial Order shall be extended in accordance with the time periods set forth in this paragraph.

3

1 | Respectfully submitted,

2 | RAY LEGO & ASSOCIATES

3 | /s/ *Kevin King*

4 | KEVIN P. KING, ESQ.
Nevada Bar No. 7405
5 | 7450 Arroyo Crossing Parkway
Suite 250
6 | Las Vegas, NV 89113

7 | Attorney for Defendants,
**MATTHEW BERBERICH** and
8 | **J. D. STEEL CO., INC.**

**IT IS SO ORDERED** that the parties' stipulation to continue discovery dates and deadlines (ECF No. 19) is GRANTED.

DATED: 6/30/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4