UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Shane Brown, et al., | Case No. 2:24-cv-02179-CDS-DJA |
| Plaintiffs | **Order Directing Parties to File a Proposed Joint Pretrial Order** |
| v. | |
| Matthew Berberich, et al., | |
| Defendants | |

In June, United States Magistrate Judge Daniel J. Albregts approved the parties' stipulation to extend discovery dates and deadlines. Order, ECF No. 20. That order extended the deadline to file a proposed joint pretrial order to November 24, 2025. *Id.* at 3. Now, more than a week passed the deadline, there are no pending dispositive motions, yet the parties failed to submit their proposed order.

It is therefore ordered that the parties must prepare and file a proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by December 19, 2025.

Dated: December 2, 2025

_____
Cristina D. Silva
United States District Judge