KEVIN P. KING, ESQ.
Nevada Bar No. 7405
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
P: 702/479-4350
F: 702/270-4602
kking13@travelers.com

Attorney for Defendants,
Matthew Berberich and J.D. Steel Co., Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANE BROWN, individually; DEVI BROWN, individually,<br><br>Plaintiffs<br><br>vs.<br><br>MATTHEW BERBERICH, individually; J.D. STEEL CO., INC., a Foreign Corporation; DOES1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants | Case No. 2:24-cv-02179-CDS-DJA<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Plaintiffs, SHANE BROWN and DEVI BROWN, appearing by and through their attorney of record, DAVID MENOCAL, ESQ., of MENOCAL LAW GROUP, and Defendants, MATTHEW BERBERICH and J.D. STEEL COMPANY, INC., appearing by and through their attorney of record, KEVIN P. KING, ESQ., of RAY LEGO & ASSOCIATES, submit the following agreements and stipulations for the Court's consideration and approval.

WHEREAS the parties intend to effectuate a full and final resolution of any and all claims by and between them arising out of, or in any way connected to, the January 23, 2023, motor vehicle accident that occurred in Las Vegas, Nevada (hereinafter "incident" or "the subject accident").

/ / / / /

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

**Ray Lego & Associates**
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

## STIPULATIONS

Given the foregoing, the parties hereby agree and STIPULATE as follows:

IT IS HEREBY STIPULATED that Plaintiffs, SHANE BROWN and DEVI BROWN, agree to dismiss with prejudice any and all claims arising out of, or in any way related to, the subject incident against Defendants, MATTHEW BERBERICH and J.D. STEEL COMPANY, INC, with each party agreeing to bear their own attorney fees and costs of suit.

**IT IS SO STIPULATED**.

Dated this 19th day of February, 2026    Dated this 19th day of February, 2026

**RAY LEGO & ASSOCIATES**    **MENOCAL LAW GROUP**

By:    _/s/ Kevin P. King_    By: _/s/ David Menocal w/consent_
KEVIN P. KING, ESQ.    DAVID MENOCAL, ESQ.
Nevada Bar No. 7405    Nevada Bar No. 13191
7450 Arroyo Crossing Parkway    1980 Festival Plaza Drive
Suite 250    Suite 300
Las Vegas, Nevada 89113    Las Vegas, Nevada 89135

Attorney for Defendants    Attorney for Plaintiffs
Matthew Berberich and    Shane Brown and Devi Brown
J.D. Steel Company, Inc.

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: February 19, 2026

2